In the Matter of the Application of HENRIETTA H. GORDON and ALONZO H. HOWELL for a Determination of the Validity, Construction or Effect of the Disposition of Property Devised and Bequeathed in the Last Will and Testament of NETTIE M. ROE, Late of the Town of Brookhaven, Deceased. HENRIETTA H. GORDON and ALONZO H. HOWELL, Appellants; Hon. JOHN J. BENNETT, JR., Attorney-General of the State of New York, and PATCHOGUE CITIZENS BANK AND TRUST COMPANY, as Trustee, etc., of NETTIE M. ROE, Deceased, Respondents. — Decree of the Surrogate's Court, Suffolk county, adjudging that the residuary

estate of the deceased, Nettie M. Roe, did not pass under paragraph " Nineteenth " of the will to John James Roe, or his children, but passed in trust to the predecessor of the respondent Patchogue Citizens Bank and Trust Company, to be used as provided by paragraph " Twentieth " of the will, and vacating a stay, affirmed, without costs. (*Matter of Durand*, 250 N. Y. 45, 53; *Matter of Berry*, 154 App. Div. 509; affd., 209 N. Y. 540.) Order denying petitioners' motion for resettlement of the decree, and order denying petitioners' application for an allowance for counsel fees and necessary disbursements affirmed, without costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.